DAVENPORT TAXI, INC. *v.* RENATO E. RICCIUTI,
LABOR COMMISSIONER

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Howard C. Kaplan,* for the appellee (plaintiff).

*Robert W. Murphy,* assistant attorney general, for the appellant (defendant).

Argued April 4—decided April 4, 1972

THE SECOND NATIONAL BANK OF NEW HAVEN *v.*
HAROLD O. BURTCHELL ET AL.

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in New Haven County is granted unless the defendants file a request for finding and draft finding on or before May 2, 1972.

*Joseph M. Brandon,* for the appellee (plaintiff).

*Joseph J. McGuinness,* for the appellant (named defendant).

Argued April 4—decided April 4, 1972

STATE OF CONNECTICUT *v.* ANTHONY GRANATA

It having been represented by the state that the appellant has died, it appears that this appeal is moot. Counsel for the appellant did not appear. The motion by the state to dismiss the appeal from the Superior Court in New Haven County is granted.

*Jerrold H. Barnett,* assistant state's attorney, for the appellee (state).

No appearance for the appellant (defendant).

Argued April 4—decided April 6, 1972